AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| RightCHOICE Managed Care, Inc. et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:18-cv-06037-DGK |
| Hospital Partners, Inc. et al | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   10/27/2022  .

~~I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.~~ I also certify that although an appeal is pending, pursuant to 28 U.S.C. section 1963 the Court has found good cause for Plaintiffs to register the judgment in the United States District Courts for the Districts of Colorado, Nevada, South Dakota, the Northern District of Indiana, and the Middle District of Florida.

Date:   03/01/2023

CLERK OF COURT

*Jonathan Cohn*

*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**ST. JOSEPH DIVISION**

| | |
|---|---|
| RIGHTCHOICE MANAGED CARE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.5:18-CV-06037-DGK |
| ) | |
| HOSPITAL PARTNERS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

__X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Plaintiffs' Motion for Partial Summary Judgment as to David Byrns was granted in the amount of $88,609,000.00 (Order, Doc. 617), with Judgment entered on September 30, 2021 (Doc. 772).

Jury Verdict returned on Plaintiffs' claims against Defendants Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC, as submitted in Instruction Nos. 23-26, 31-34, 35-38, 39-42, and 43-46, for Plaintiffs in the amount of $18,053,015.00. (Doc. 751.) Verdict for Defendants on Count I, alternative one, Instruction Nos. 27-30. *(Id.)* Jury Verdict returned assessing punitive damages in the amount of $1,900,000.00 as to each of Defendants Beau Gertz, Mark Blake, SeroDynamics, and Labmed Services, for total amount of $7,600,000.00. *(Id.)*

Judgment entered on September 30, 2021 as to Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC, jointly and severally, for $18,053,015.00. (Doc. 772.) Judgment further entered on September 30, 2021 as to each of Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC for $1,900,000.00 each in punitive damages. *(Id.)*

Pursuant to the Court's September 22, 2022 Order, Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC shall pay post-judgment interest accruing on $18,053,015.00, jointly and severally, from September 30, 2021 until paid in full, compounded annually, at the rate of 0.08% per annum, pursuant to 28 U.S.C. § 1961.

Pursuant to the Court's September 22, 2022 Order, Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC shall pay post-judgment interest accruing on a further $1,900,000.00,

each, from September 30, 2021 until paid in full, compounded annually, at the rate of 0.08% per annum, pursuant to 29 U.S.C. § 1961.

Pursuant to the Court's October 27, 2022 Order and Federal Rule of Civil Procedure 54(b), this constitutes final judgment of Plaintiffs' claims against Defendants Beau Gertz, Mark Blake, Serodynamics, LLC, and Labmed Services, LLC, as set forth above.

| | |
|---|---|
| October 27, 2022 | Paige Wymore-Wynn |
| Dated | Clerk of Court |
| | |
| October 27, 2022 | /s/ Tracy Strodtman |
| Entered | (by) Deputy Clerk |

| | | |
|---|---|---|
| | | Inc..(Jente, Michael) (Entered: 01/06/2023) |
| 01/10/2023 | 843 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Michael L Jente on behalf of Plaintiffs Anthem Blue Cross Life and Health Insurance Company, Anthem Health Plans of Kentucky, Inc., Anthem Health Plans of Maine, Inc., Anthem Health Plans of New Hampshire, Inc., Anthem Health Plans of Virginia, Inc., Anthem Health Plans, Inc., Anthem Insurance Companies, Inc., BCBSM Inc., Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross Blue Shield of Wisconsin, Blue Cross and Blue Shield of Georgia, Inc., Blue Cross of California, Inc., Community Insurance Company, Compcare Health Services Insurance Corporation, Empire HealthChoice Assurance, Inc., HMO Healthkeepers, Inc., HMO Missouri, Inc., Healthy Alliance Life Insurance Company, Regence BlueCross BlueShield of Oregon, Regence BlueCross BlueShield of Utah, Regence BlueShield, Regence BlueShield of Idaho, RightCHOICE Managed Care, Inc., Rocky Mountain Hospital and Medical Service, Inc..(Jente, Michael) (Entered: 01/10/2023) |
| 01/13/2023 | 844 | CERTIFICATE OF SERVICE by All Plaintiffs filed by Nathaniel J Moore on behalf of Plaintiffs Anthem Blue Cross Life and Health Insurance Company, Anthem Health Plans of Kentucky, Inc., Anthem Health Plans of Maine, Inc., Anthem Health Plans of New Hampshire, Inc., Anthem Health Plans of Virginia, Inc., Anthem Health Plans, Inc., Anthem Insurance Companies, Inc., BCBSM Inc., Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., Blue Cross Blue Shield of Michigan Mutual Insurance Company, Blue Cross Blue Shield of Wisconsin, Blue Cross and Blue Shield of Georgia, Inc., Blue Cross of California, Inc., Community Insurance Company, Compcare Health Services Insurance Corporation, Empire HealthChoice Assurance, Inc., HMO Healthkeepers, Inc., HMO Missouri, Inc., Healthy Alliance Life Insurance Company, Regence BlueCross BlueShield of Oregon, Regence BlueCross BlueShield of Utah, Regence BlueShield, Regence BlueShield of Idaho, RightCHOICE Managed Care, Inc., Rocky Mountain Hospital and Medical Service, Inc..(Moore, Nathaniel) (Entered: 01/13/2023) |
| 01/18/2023 | 845 | ORDER granting 837 motion for leave to register the amended judgment. Signed on January 18, 2023, by District Judge Greg Kays. This is a TEXT ONLY ENTRY. No document is attached. (Law clerk) (Entered: 01/18/2023) |

**ECF DOCUMENT**

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Missouri.

Date Filed: 1/18/23       Paige A. Wymore-Wynn, Clerk

By: _Jonathan Cole_ , Deputy Clerk