FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 02 2023
JEFFREY P. COLWELL
CLERK

REQU
7817023

## QUESTIONS TO BE ANSWERED BY GARNISHEE

**Judgment Debtor's Name** BEAU GERTZ **Case Number:** 123RJ00002

The following questions MUST be answered by you under oath:

**a.** On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or moneys other than earnings to the Judgment Debtor?

☐ YES ☒ NO ACCOUNT CLOSED

**b.** If **YES**, list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary): ______

**c.** Do you claim any setoff against any property, debt or obligation listed above? ☐ Yes ☒ No

**d.** If you answered **YES** to question c, describe the nature and amount of the setoff claimed: (Attach additional pages if necessary): ______

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that I am authorized to act for the Garnishee and the foregoing is true and correct.

Name of Garnishee (Print) Wells Fargo Bank N.A.

Executed on the ______ (date) day of September 26, 2023 (month), ______ (year) at PO Box 29779 Phoenix, AZ 85038 (city or other location, and state OR country)

CYNTHIA FERNANDEZ
AGENT

(Printed Name of Person Answering)

(Signature of Person Answering)

## NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY

This Writ with Notice is a Court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property" is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

## PARTIAL LIST OF EXEMPT PROPERTY

1. All or part of your property listed in Sections 13-54-101 and 102, C.R.S., including clothing, jewelry, books, burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances, stock-in-trade and certain items used in your occupation, bicycles, motor vehicles (greater for disabled persons), life insurance, income tax refunds, including a refund attributed to an earned income tax credit or child tax credit, money received because of loss of property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2. All or part of your earnings under Section 13-54-104, C.R.S.
3. Worker's compensation benefits under Section 8-42-124, C.R.S.
4. Unemployment compensation benefits under Section 8-80-103, C.R.S.
5. Group life insurance benefits under Section 10-7-205, C.R.S.
6. Health insurance benefits under Section 10-16-212, C.R.S.
7. Fraternal society benefits under Section 10-14-403, C.R.S.
8. Family allowances under Section 15-11-404, C.R.S.
9. Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public employees' retirement benefits (PERA) under Sections 24-51-212 and 24-54-111, C.R.S.


© 2012, 2013 Colorado Judicial Department for use in the Courts of Colorado