Northwestern Mutual®

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 30 2023
JEFFREY P. COLWELL
CLERK

**Barbara Janssen**
Senior Legal Process Coordinator

720 East Wisconsin Avenue
Milwaukee, WI 53202-4797
414 665 5548 office
414 625 5548 faxes
barbarajanssen@northwesternmutual.com

October 23, 2023

Clerk of Court
Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, CO 80294-3589

Re: Anthem Blue Cross Life and Health Insurance Co., et al. v. Beau Gertz, et al.
Case No.: 1:23-rj-00002

Writ of Garnishment with Notice of Exemption and Pending Levy
The Northwestern Mutual Life Insurance Company
("Northwestern Mutual"), Garnishee

Dear Clerk:

Enclosed for filing with your Court is Northwestern Mutual's Answer and Attachment to Answer in the above-captioned matter.

A copy of the enclosed has been sent via email to Blake Gansborg, attorney for Plantiffs.

Sincerely,

Barbara Janssen

Barbara Janssen
Senior Legal Process Coordinator

Enc.
cc: Blake Gansborg, Esq. (w/encl.)

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 30 2023
JEFFREY P. COLWELL
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

(C.R.C.P. No. 29; Rev 10/12)

Case Number: 1:23-rj-00002

## WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ANTHEM HEALTH PLANS OF KENTUCKY, INC., ANTHEM HEALTH PLANS OF MAINE, INC., ANTHEM HEALTH PLANS OF NEW HAMPSHIRE, INC., ANTHEM HEALTH PLANS OF VIRGINIA, INC., ANTHEM HEALTH PLANS, INC., ANTHEM INSURANCE COMPANIES, INC., BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC., BLUE CROSS BLUE SHIELD OF WISCONSIN, BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., BLUE CROSS OF CALIFORNIA, INC., COMMUNITY INSURANCE COMPANY, COMPCARE HEALTH SERVICES INSURANCE CORPORATION, EMPIRE HEALTHCHOICE ASSURANCE, INC., HMO HEALTHKEEPERS, INC., HMO MISSOURI, INC., HEALTHY ALLIANCE LIFE INSURANCE COMPANY, RIGHTCHOICE MANAGED CARE, INC., ROCKY MOUNTAIN HOSPITAL and MEDICAL SERVICE, INC.

Plaintiff(s)

vs.

BEAU GERTZ, et al.

Defendant(s)

Judgment Debtor's name, last known address, other identifying information: Beau Gertz, 4177 Xavier Street, Denver, CO 80212

| | | |
|---|---|---|
| 1. Original Amount of Judgment Entered | 09/30/2021 (Date) | $19,953,015.00 |
| 2. Plus any interest Due on Judgment | ( 0.08 % per annum) | + $31,487.50 |
| 3. Taxable Costs (including estimated cost of service of this Writ) | | + $ |
| 4. Less any Amount Paid | | - $ |
| 5. Principal Balance/Total Amount Due and Owing | | = $19,984,502.50 |

I affirm that I am authorized to act for the Judgment Creditor and this is a correct statement as of 9/20/2023 (Date)

Subscribed under oath before me on 9/21/2023 (Date)

[signature]
Notary Public or Deputy Clerk

My Commission Expires: 12/7/2026

INGRID K. LIST
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046106
MY COMMISSION EXPIRES December 7, 2026

RightCHOICE Managed Care, Inc., et al
Print Judgment Creditor's Name

Address: 220 Virginia Ave, Indianapolis, Indiana, USA

By: [signature]
Signature (Type Name, Title, Address and Phone)
Blake Gansborg, Esq.
Counsel for Plaintiffs
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Tel: 303.583.9914

## WRIT OF GARNISHMENT WITH NOTICE OF EXEMPTION AND PENDING LEVY

To the United States Marshal or to the Sheriff of any Colorado County, or to any person over the age of 18 years who is not a party to this action:

You are directed to serve a copy of the Writ of Garnishment upon: Northwestern Mutual,
c/o C T Corporation System as its Registered Agent
7700 E Arapahoe Rd Ste 220, Centennial, CO 80112-1268

Garnishee, with proper return of service to be made to the Court.

TO THE GARNISHEE:

YOU ARE HEREBY SUMMONED AS GARNISHEE IN THIS ACTION AND ORDERED:

a. To answer the following questions under oath and file your answers with the Clerk of Court (AND to mail a completed copy with your answers to the Judgment Creditor or attorney when a stamped envelope is attached) within 10 days following service of this Writ upon you. **YOUR FAILURE TO ANSWER THIS WRIT WITH NOTICE MAY RESULT IN THE ENTRY OF DEFAULT AGAINST YOU.**

b. To hold pending court order any personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control on the date and time this Writ was served upon you.

YOU ARE NOTIFIED:

a. This Writ with Notice applies to all personal property (other than earnings) owed to or owned by the Judgment Debtor and in your possession or control as of the date and time this Writ was served upon you.

b. In no case may you withhold any personal property greater than the amount on Line 5 on the front of this Writ unless the personal property is incapable of being divided.

c. If you are ordered to pay funds to the Court, tender your check for the amount PAYABLE TO:

**Clerk of the United States District Court at 901 19th Street, Room A-105, Denver Colorado 80294-3589**

CLERK OF THE COURT: Jeffrey P. Colwell
901 19th Street, Room A-105
Denver, Colorado 80294-3589
(303) 844-3433

By: s/ J. Charles
Deputy Clerk

Date: 09/21/2023

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO

The following questions MUST be answered by you under oath:

a. On the date and time this Writ was served upon you, did you possess or control any personal property of the Judgment Debtor or did you owe any rents, payments, obligations, debts or money's other than earnings of the Judgment Debtor?

~~YES~~ ~~NO~~ YES.

b. If "YES", list all items of personal property and their location(s) and/or describe the nature and amount of the debt or obligation: (Attach additional pages if necessary):

See Attachment.

c. Do you claim and setoff against and property, debt of obligation listed above?

~~YES~~ ~~NO~~ NO.

d. If you said "YES" to question (c) describe the nature and amount of the setoff claimed: (Attach additional pages if necessary)

I affirm that I am authorized to act for the Garnishee and the above answers are true and correct:

Subscribed under oath before me on October 23, 2023
(Date)

Notary Public or Deputy Clerk Nyann Cox

My Commission Expires: 12/14/2025

NYANN COX
Notary Public
State of Wisconsin

The Northwestern Mutual Life Insurance Company
Name of Garnishee

Address: 720 E. Wisconsin Avenue, Milwaukee, WI 53202

Phone: 414-665-5548

Name of Person Answering (print): Barbara Janssen

Signature of Person Answering: Barbara Janssen

**NOTICE TO JUDGMENT DEBTOR OF EXEMPTION AND PENDING LEVY**

This Writ with Notice is a court order which may cause your property or money to be held and taken to pay a judgment entered against you. You have legal rights which may prevent all or part of your money or property from being taken. That part of the money or property which may not be taken is called "exempt property". A partial list of "exempt property" is shown below, along with the law which may make all or part of your money or property exempt. The purpose of this notice is to tell you about these rights.

**PARTIAL LIST OF EXEMPT PROPERTY** (Numbered Statutory References are Subject to Change)

1. All or part of your property listed in Sections 13-54101 and 102, C.R.S., including clothing, jewelry, books burial sites, household goods, food and fuel, farm animals, seed, tools, equipment and implements, military allowances stock in-trade and certain items used in our occupation, bicycles motor vehicles (greater for disabled persons), life insurance, income tax refunds, money received because of loss or property or for personal injury, equipment that you need because of your health, or money received because you were a victim of a crime.
2. All or part of your earnings under Section 13-54-104, C.R.S.
3. Worker's compensation benefits under Section 8-42-124 C.R.S.
4. Unemployment compensation benefits under Section 8-80-103, C.R.S.
5. Group life insurance benefits under Section 10-7-205 C.R.S.
6. Heal insurance benefits under Section 10-16-212, C.R.S.
7. Fraternal society benefits under Section 10-14-403, C.R.S.
8. Family allowances under Section 1511-404, C.R.S.
9. Teachers' retirement fund benefits under Section 22-64-120, C.R.S.
10. Public Employees' retirement benefits (PERA) under Section 24-51-212, C.R.S. and Section 24-54-111, C.R.S.
11. Social security benefits under (OASDI, SSI) under 42 U.S.C. § 407.
12. Railroad employee retirement benefits under 45 U.S.C. g231.
13. Public assistance benefits (OAP, AFDC, AND, AB, LEAP under Section 26-2-131 C.R.S.
14. Police Officers and Firefighter's pension fund payments under Section 31-30-1117, 31-30.5-208 & 31-31-203, C.R.S

15. Utility and security deposits under Section 13-54-102(l)(r), C.R.S
16. Proceeds of the sale of homestead property under Section 38-41-207, C.R.S.
17. Veteran's Administration benefits under 38 U.S.C. 5301.
18. Civil service retirement benefits under 5 U.S.C. 8346.
19. Mobile homes and trailers under Section 38-41-201.6, C.R.S.
20. Certain retirement and pension funds and benefits under Section 13-54102(s), C.R.S.

If the money or property which is being withheld from you includes and "exempt property", you must file within 10 days of receiving this notice a written Claim of Exemption with the Clerk of Court describing what money or property you think is "exempt property" and the reason that it is exempt. YOU MUST USE THE APPROVED FORM attached to this Writ or a copy of it. When you file the claim, you must immediately deliver, by certified mail, return receipt requested, a copy of your claim to the Garnishee (person/place that was garnished) and to Judgment Creditor's attorney, or if none, to the judgment Creditor at the address shown on this Writ with Notice.

Once you have properly filed your claim, the court will schedule a hearing within 10 days. The Clerk of Court will notify you and the Judgment Creditor or attorney of the date and time of the hearing, by telephone, by mail or in person.

When you come to your hearing you should be ready to explain why you believe your money or property is "exempt property". If you do not appear at the scheduled time, your money or property may be taken by the Court to pay the judgment entered against you.

REMEMBER THAT THIS IS ONLY A PARTIAL LIST OF "EXEMPT PROPERTY"; you may wish to consult a lawyer who can advise you of your rights. If you cannot afford one, there are listings of legal assistance and legal aid offices in the yellow pages of the telephone book.

You must act quickly to protect your rights. Remember you only have 10 days after receiving this notice to file your claim of exemption with the Clerk of Court.

---

## RETURN OF SERVICE

STATE OF COLORADO ADAMS County of COLORADO

I, PENNY RICHARDSON, affirm that I have served a copy of the Writ of Garnishment on NORTHWESTERN MUTUAL c/o R.A. CT CORPORATION SYSTEM 9/26/23 (date) at 10:26 AM (time), by PERSONAL SERVICE SAMANTHA PECK, R.A.

Subscribed under oath before me on 9/26/23

[signature] Signature

[signature]
Notary Public

My Commission Expires: 6/11/26

Service Fee $ ______

CYNTHIA BORDEN
NOTARY PUBLIC - STATE OF COLORADO
Notary ID #20184024161
My Commission Expires 6/11/2026

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 30 2023
JEFFREY P. COLWELL
CLERK

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, et al.

Plaintiffs,

vs. Case No. 1:23-rj-00002

BEAU GERTZ, et al.,

Defendants,

**ATTACHMENT TO ANSWER OF
THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY**

STATE OF WISCONSIN )
) SS
COUNTY OF MILWAUKEE )

The undersigned, Barbara Janssen, being first duly sworn on oath, deposes and states:

1. She is a Senior Legal Coordinator of the Law Department of The Northwestern Mutual Life Insurance Company (hereinafter "Northwestern Mutual") located at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.

2. That Northwestern Mutual received a Writ of Garnishment on October 19, 2023.

**No Current Debt or Payments Due**

3. That at the date of receipt of the Writ of Garnishment, and at all times since, up to, and including the present date, Northwestern Mutual has not been indebted to Defendant Beau Gertz and no sums are currently due or payable to him.

**Property or Contract Rights**

4. That except as hereinafter specified, Northwestern Mutual has no property in its possession or under its control, whether real or personal, or in which Defendant Beau Gertz has any ownership contract rights.

5. That on December 15, 2011, Northwestern Mutual issued disability income insurance policy D1963361 insuring the life of Beau C. Gertz, having a monthly benefit amount of $7,472.00 as of October 19, 2023, which amount is subject to change pursuant to the terms of the insurance contract. No beneficiary is named on this policy.

**Values Not Payable Until Rights Exercised**

6. That on October 19, 2023, the monthly benefit under Northwestern Mutual Policy D1963361 only reflects exercisable contractual rights, so that those sums are not due and payable unless and until the owner exercises such contractual rights. Additionally, exercise of the surrender right would terminate the policy.

**Exemption From Creditors**

7. That Northwestern Mutual wishes to advise the Court that all or part of the aforementioned property may be exempt from the claims of creditors under state creditor exemption statutes, although Northwestern Mutual is unaware that any claim of exemption has been made by Defendant Beau Gertz, if such a claim is available to him.

**Temporary Restriction**

8. That pursuant to the Writ of Garnishment served on Northwestern Mutual, the ownership record of the above referenced Northwestern Mutual policy owned by Defendant Beau Gertz have been restricted, and any request by Defendant Beau Gertz to exercise his ownership rights, including surrender, will not be permitted pending release, further order of the Court.

Barbara Janssen

_______________________________
Barbara Janssen

Subscribed and sworn to before me
this _23rd_ day of October, 2023.

Nyann Cox

_______________________________
Notary Public, State of Wisconsin
My commission expires: 12/14/2025.

NYANN COX
Notary Public
State of Wisconsin

**Northwestern Mutual®**
720 East Wisconsin Avenue
Milwaukee, WI 53202-4797

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 53132 $ 000.53⁷
02 4W
0000354578 OCT 24 2023

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 30 2023
JEFFREY P. COLWELL
CLERK

Clerk of Court
Jeffrey P. Colwell
901 19th St., Rm. A-105
Denver, CO 80294-3589

038 IZD-PAB 80294